JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE AJ DEBELLIS AND VICTORIA COLLETTE DEBELLIS,      ) | Case No. CV 19-2849 FMO |
|            ) | BK Case No. 14-13200 BB |
|      Debtors,      ) | AP Case No. 17-01375 BB |
| _____ ) | |
| UNITED STATES OF AMERICA,      ) | |
|      Appellant,      ) | **JUDGMENT** |
|      v.      ) | |
| AJ DEBELLIS AND VICTORIA COLLETTE DEBELLIS,      ) | |
|      Appellees.      ) | |
| _____ ) | |

Pursuant to the Court's Order Re: Bankruptcy Appeal, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the bankruptcy court's decision is **reversed**. The Adversary Proceeding, <u>AJ DeBellis and Victoria DeBellis v. United States</u>, No. AP 17-1375-BB (Bankr. C.D. Cal.), is hereby **dismissed without prejudice**.

Dated this 20th day of March, 2020.

_____
/s/
Fernando M. Olguin
United States District Judge